*Receipt # 11091120*
*$1185.79  12/20/2010*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
     UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

    APPEARING that more than ninety (90) days have elapsed since the final notices

. For the said cases, it is

     Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 1,185.79 IN 2 CHECKS
CHECK # 15300 FOR $ 1,161.11
CHECKS # 15303 FOR $ 24.68
Representing unclaimed funds.

DATED: 12-16-2010

                                     _____
                                     ALBERT J. MOGAVERO
                                     TRUSTEE

**FILED**
DEC 2 0 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 123069 | HASSAN | 0510390 | 16.32 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123070 | HOLMES | 0511742 | 51.39 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123071 | KONIECZNY | 0511842 | 20.43 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123072 | TOPOREK | 0514792 | 38.22 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123073 | MIKOWSKI | 0514824 | 30.93 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123076 | FERRARO | 0517609 | 84.17 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123077 | WILLIAMS, SR. | 0518008 | 18.27 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123078 | FOLGER | 0518028 | 32.60 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123080 | PERRY | 0518185 | 28.93 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123082 | BARBER | 0519666 | 33.93 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123083 | MCCLAMB | 0519985 | 24.32 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123085 | NEAR | 0570117 | 46.67 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123086 | SCHULER | 0600433 | 48.43 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123090 | BOYD | 0600668 | 176.06 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123091 | BRADY | 0600861 | 54.60 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123093 | BELLAUS | 0601075 | 65.38 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123094 | ROBINS | 0601119 | 15.35 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123095 | ROBINS | 0601119 | 24.68 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123096 | SWEETLAND | 0601302 | 24.97 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123110 | LABINSKI, SR. | 0602323 | 24.07 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123111 | SNIEZAK | 0602854 | 112.62 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123112 | BATES | 0603043 | 30.38 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123113 | SPINK | 0603054 | 1.86 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123115 | CONBOY | 0603833 | 32.26 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123117 | KAMINSKI | 0603959 | 18.96 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123118 | KAMINSKI | 0603959 | 16.01 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123119 | CROCITTO | 0604007 | 24.12 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123168 | BLACK | 0700998 | 43.04 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123169 | MACKRELL | 0703303 | 18.55 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |
| 123171 | AMBORSKI | 0703799 | 28.27 | CAPITAL ONE | C/O TSYS DEBT MANAGEMENT | PO BOX 5155 | NORCROSS | GA | 30091 |

$1,185.79